IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. SYSTEMS ENGINEERING AND<br>SECURITY, INCORPORATED et al.,<br><br>       Plaintiffs,<br>  v.<br><br>SCIENCE & ENGINEERING ASSOCIATES,<br>INCORPORATED et al.<br><br>       Defendants. | No. 05-CV-1713 (RMC)<br><br>**FILED UNDER SEAL** |

**THE GOVERNMENT'S NOTICE OF ELECTION TO
DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. Sec. 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. Sec. 3730(b)(1), which allows the relator to maintain the action in the name of the United States providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for the consenting." Id.

Thereafter, the United States request that, should either the relator or the defendant propose that this action be discontinued, dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. Sec. 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the United States requests that only the complaint, this notice, and the Court's Order be unsealed and served upon the defendant. All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigation period or for any other reason, oppositions filed by the United States in response to relator's motions, reply briefs, memoranda, and supporting documents) should remain under seal and not be made public or served upon the defendant.

A proposed order accompanies this notice.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

_____
KEITH MORGAN, D.C. Bar # 422665

                        Assistant United States Attorney
                        555 4th Street, N.W., Rm E 4814
                        Washington, D.C. 20530
                        (202) 514-7228

                        _/s/ Arthur Coulter_
                        MICHAEL F. HERTZ
                        DODGE WELLS, D.C. Bar # 425194
                        ARTHUR COULTER
                        Attorneys, Department of Justice
                        P.O. Box 261, Ben Franklin Station
                        Washington, D.C.  20044
                        Telephone:  (202) 353-2680

Dated:

CERTIFICATE OF SERVICE

This is to certify that on this 6th day of March 2006 copies of the foregoing were served by first-class mail, postage prepaid, on:

>Cyrus E. Phillips, IV
>Suite 660
>1828 L Street, N.W.
>Washington, D.C. 20036-5112

>KEITH V. MORGAN
>(D.C. Bar No. 422665)
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, DC 20001
>Tele: (202) 514-7228
>Fax: (202) 514-8780

```
UNITED STATES OF AMERICA              )
ex rel. SYSTEMS ENGINEERING AND       )
SECURITY, INCORPORATED et al.,        )
                                      )   No. 05-CV-1713 (RMC)
                                      )
              Plaintiffs,             )   **FILED UNDER SEAL**
        v.                            )
                                      )
                                      )
SCIENCE & ENGINEERING ASSOCIATES,     )
INCORPORATED et al.                   )
                                      )
```

**ORDER**

The United States having declined to intervene in this action to the False Claims Act, 31 U.S.C. Sec. 3730(b)(2)(A), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motion filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. Sec. 3730(c)(3). The United

States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. all orders of this Court shall be sent to the United States; and that

6. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This \_\_\_\_\_ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT
Serve: (next page)

**For relator:**

Cyrus E. Phillips, IV
Suite 660
1828 L Street, N.W.
Washington, D.C. 20036-5112

**For the United States:**

KEITH V. MORGAN
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, DC  20530