| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SYSTEMS ENGINEERING AND SECURITY, INCORPORATED et al., )<br><br>Plaintiffs,<br>v.<br><br>SCIENCE & ENGINEERING ASSOCIATES, INCORPORATED et al.<br><br>**SEALED**                ORDER | No. 05-CV-1713 (RMC)<br><br>**FILED UNDER SEAL**<br><br>**FILED**<br><br>MAR -7 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

The United States having declined to intervene in this action to the False Claims Act, 31 U.S.C. Sec. 3730(b)(2)(A), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motion filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. Sec. 3730(c)(3). The United

States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. all orders of this Court shall be sent to the United States; and that

6. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 7th day of March, 2006.

*Rosemary M. Collyer*
UNITED STATES DISTRICT COURT
Serve: (next page)

For relator:

Cyrus E. Phillips, IV
Suite 660
1828 L Street, N.W.
Washington, D.C. 20036-5112


For the United States:

KEITH V. MORGAN
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, DC  20530