---

# United States District Court
# For the District of Columbia

| | |
|---|---|
| SYSTEMS ENGINEERING AND SECURITY, INCORPORATED, <br> 7474 Greenway Center Drive, Suite 700 <br> Greenbelt, Maryland 20770-3523 <br><br> and <br><br> MAHESH C. MITTAL, PH.D. <br> C/O Systems Engineering and Security, Incorporated <br> 7474 Greenway Center Drive, Suite 700 <br> Greenbelt, Maryland 20770-3523 <br><br> *EX REL* <br><br> v. <br><br> SCIENCE & ENGINEERING ASSOCIATES, INCORPORATED <br> 100 Sun Avenue, NE, Suite 500 <br> Albuquerque, New Mexico 87109-4670 <br><br> and | Civil Action No. 05-1713 (RMC) <br> <u>FILED UNDER SEAL</u> |

RECEIVED

MAR 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERT A. SAVOIE )
159 East Oakridge Park )
Metairie, Louisiana 70005-4018 )
)
      and )
)
VICE ADMIRAL DANIEL T. OLIVER, )
USN (RET.) )
President, Science & Engineering )
Associates, Incorporated )
100 Sun Avenue, NE, Suite 500 )
Albuquerque, New Mexico 87109-4670 )
)
      and )
)
WILLIAM E. "BILL" LOWRY )
Vice President, Science & Engineering )
Associates, Incorporated )
100 Sun Avenue, NE, Suite 500 )
Albuquerque, New Mexico 87109-4670 )
)
      and )
)
APOGEN TECHNOLOGIES, )
INCORPORATED )
7819 Jones Branch Drive, Suite 400 )
McLean, Virginia 22102-3319 )
)
      and )
)
)
)
)

- 2 -

| | |
|---|---|
| **PHILIP A. ODEEN** <br> Chairman, Board of Directors <br> Apogen Technologies, Incorporated <br> 7819 Jones Branch Drive, Suite 400 <br> McLean, Virginia 22102-3319 <br><br> and <br><br> **TODD A. STOTTLEMYER** <br> Chief Executive Officer <br> Apogen Technologies, Incorporated <br> 7819 Jones Branch Drive, Suite 400 <br> McLean, Virginia 22102-3319 <br><br> and <br><br> **PAUL G. LESLIE** <br> President & Chief Operating Officer <br> Apogen Technologies, Incorporated <br> 7819 Jones Branch Drive, Suite 400 <br> McLean, Virginia 22102-3319 <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO DISMISS

Systems Engineering and Security, Incorporated, (Systems Engineering) by counsel, moves to dismiss this Civil Action with prejudice to its reinstatement.

In support of this Motion to Dismiss, Systems Engineering shows to the Court: (1) that on March 6th, 2006 the United States notified the Court of its decision, per 31 U.S.C. § 3730(b)(4)(B), not to intervene in this Civil Action, and (2) that Systems Engineering has only collateral information, and no information about elements of new wrongful transactions or material elements not already disclosed to the United States. Accordingly, this Civil Action is now precluded by the public disclosure jurisdictional bar, 31 U.S.C. § 3730(e)(4)(A). *United States ex rel. F.P.C.-Boron Employees' Club*, 105 F.3d 675, 685-688 (D.C. Cir. 1997).

Respectfully submitted,

/s/ Cyrus E. Phillips, IV
Cyrus E. Phillips, IV
D.C. Bar Number 456500

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone:    (202) 466-7008
Facsimile:    (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Systems Engineering and Security, Incorporated.

- 4 -

CERTIFICATE OF SERVICE

I hereby certify that on Thursday, March 30th, 2006 two true and complete copies of this Motion to Dismiss were sent by Overnight Delivery, addressed as follows:

>Keith Morgan, Esq.
>Assistant United States Attorney
>U.S. Attorney's Office, District of Columbia
>Civil Division
>Judiciary Center
>501 Third Street, N.W., Fourth Floor
>Washington, D.C. 20530-0001

_____
Cyrus E. Phillips, IV