UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SYSTEMS ENGINEERING AND SECURITY, INC., *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>SCIENCE AND ENGINEERING ASSOCIATES, INC., *et al.*,<br><br>     Defendants. | Civil Action No. 05-1713 (RMC) |

## ORDER

Relators filed a complaint in this matter on August 26, 2005. On March 6, 2006, the United States filed notice of its election not to intervene. On March 30, 2006, Relators filed a Motion to Dismiss, which the Court construes as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41. Accordingly, it is hereby

**ORDERED** that, pursuant to 31 U.S.C. § 3730(b)(1), the United States shall indicate to the Court, on or before **May 8, 2006**, whether it consents to dismissal of this action.

**SO ORDERED**.

Date: April 24, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge

Copies to:

Keith Morgan
Assistant U.S. Attorney
555 4th St. NW, Rm. E 4814
Washington, DC 20530

Arthur Coulter
U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044