IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. SYSTEMS ENGINEERING AND<br>SECURITY, INCORPORATED et al.,<br><br>Plaintiffs,<br>v.<br><br>SCIENCE & ENGINEERING ASSOCIATES,<br>INCORPORATED et al.<br><br>Defendants. | )<br>)<br>)<br>) No. 05-CV-1713 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNITED STATES' NOTICE OF FILING**

In response to the Court's April 24, 2006 Order, the United States hereby notifies the Court that it consents to the Relator's Motion to Dismiss.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

_____
KEITH MORGAN, D.C. Bar # 422665
Assistant United States Attorney
555 4th Street, N.W., Rm E 4814
Washington, D.C. 20530
(202) 514-7228

_____
MICHAEL F. HERTZ
DODGE WELLS, D.C. Bar # 425194

ARTHUR COULTER
Attorneys, Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-2680

Dated:

CERTIFICATE OF SERVICE

This is to certify that on this ___8th___ day of May 2006 copies of the foregoing were served by first-class mail, postage prepaid, on:

    Cyrus E. Phillips, IV
    Suite 660
    1828 L Street, N.W.
    Washington, D.C. 20036-5112

    _____
    KEITH V. MORGAN
    (D.C. Bar No. 422665)
    Assistant United States Attorney
    Judiciary Center Building
    555 4th Street, N.W.
    Washington, DC 20001
    Tele: (202) 514-7228
    Fax: (202) 514-8780